

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2021
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2021

**BY ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    ***Derick Murphy v. United States***, 21 Civ. 112 (JSR) (SN)
            ***United States v. Derick Murphy***, 18 Cr. 848 (JSR)

Dear Judge Netburn:

      Derick Murphy has filed a motion pursuant to 28 U.S.C. §2255 to vacate, set aside, or correct his sentence (the "2255 Petition"), based on allegations of ineffective assistance of counsel by his former attorney, Michael Gilbert, Esq., in connection with his representation of Murphy. Pursuant to Your Honor's order dated February 22, 2021, on April 19, 2021, Mr. Gilbert filed a 13-page affidavit addressing the allegations. The Government originally requested 14 days after receiving Mr. Gilbert's affidavit to respond to the 2255 Petition. The Government writes now to respectfully request an additional 14 days, until May 17, 2021, to respond to the defendant's Petition.

---

GRANTED. The Government shall respond to the Petition no later than May 17, 2021. Respectfully, the Clerk of Court is directed to mail a copy of this Order to the Petitioner.
**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

Dated: April 30, 2021
         New York, New York

---

cc.: Michael Gilbert, Esq. (by ECF)
     Derick Murphy (by mail)