**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DERICK MURPHY,

           Defendant.

------------------------------------------------------------X
------------------------------------------------------------X

DERICK MURPHY,

           Petitioner,

        -against-

UNITED STATES OF AMERICA,

           Respondent.

------------------------------------------------------------X

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: | |
| DATE FILED: 10/15/2021 | |

**18-CR-00848 (JSR)**

**21-CV-00112 (JSR)(SN)**

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

      On August 26, 2021, the Court extended Petitioner's deadline to reply to the Government's Opposition to October 1, 2021. <u>See</u> ECF No. 17. Petitioner has not filed a reply. No later than November 1, 2021, Petitioner must file either his reply or a letter to show good cause why he has been unable to do so. If Petitioner fails to file his reply or a letter responsive to the Court's order by November 1, 2021, the Court will consider the motion fully briefed and ready for resolution. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 15, 2021
     New York, New York