Hon
Judge
Hellerstein

21 CR 280-07 (AKH)
18 CR 848 (JSR)

5-18-23

I hope when you recieve this letter you're in good health and Spirits. I Derell Murphy was Sentenced in your Court Room to 13 Months " (S1 21 CR 280-07 (AKH) Consecutive to the Sentence I am already Serving, Which is "(18-CR 848 (JSR) A 87 month Sentence by Judge Rakoff. ON April 24th 2023 I was Sentenced in your Courtroom and you Said on Record My time for the 87 months is Concurrent to the Judge Rakoff Sentenced Starting from the day I was incancorated which was Nov 27th 2018. Somehow Someway Bop took Matters into their own hands Not Calculating My time and leaving Me with a Release date thats 2031. This error is Detrimental and Way off Can you look into this Matter. (See Attached form). I have yet Recieved Sentencing minutes to further fix this problem for Future Motions.

Derell
Murphy

```
CAAIF  540*23 *          SENTENCE MONITORING         *      05-17-2023
PAGE 001         *           COMPUTATION DATA         *      10:41:06
                            AS OF 05-17-2023
```

REGNO..: 76240-054 NAME: MURPHY, DERICK

```
FBI NO...........: 484850AD4        DATE OF BIRTH: 03-04-1991  AGE:  32
ARS1.............: CAA/A-DES
UNIT.............: 2 GP             QUARTERS.....: B01-127U
DETAINERS........: NO               NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 01-31-2029

THE INMATE IS PROJECTED FOR RELEASE: 07-31-2029 VIA GCT REL

```
----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------
COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 18-CR-00848-1(JSR)
JUDGE...........................: RAKOFF
DATE SENTENCED/PROBATION IMPOSED: 05-20-2019
DATE COMMITTED..................: 07-29-2020
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 136      18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G) FELON IN POSSESSION OF A FIREARM (CT.1)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   87 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  DATE OF OFFENSE................: 09-23-2018
```

G0002      MORE PAGES TO FOLLOW . . .

```
CAAIF  540*23 *              SENTENCE MONITORING           *      05-17-2023
PAGE 002        *            COMPUTATION DATA              *      10:41:06
                             AS OF 05-17-2023
```

REGNO..: 76240-054 NAME: MURPHY, DERICK


------------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

```
COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER..................: 1: S1 21 CR. 280-07
JUDGE..........................: HELLERSTEIN
DATE SENTENCED/PROBATION IMPOSED: 04-25-2023
DATE COMMITTED.................: 05-10-2023
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
```
OFFENSE CODE....:  545     18:1962 RACKETEER (RICO)
OFF/CHG: 18:1962(D) RACKETEERING CONSPIRACY
```

```
  SENTENCE PROCEDURE...........: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   100 MONTHS
  TERM OF SUPERVISION..........:     3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC & CS TO 010 010
  DATE OF OFFENSE...............: 12-31-2021
```

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-11-2023 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010


G0002       MORE PAGES TO FOLLOW . . .

```
   CAAIF  540*23 *              SENTENCE MONITORING         *      05-17-2023
   PAGE 003 OF 003 *           COMPUTATION DATA             *      10:41:06
                               AS OF 05-17-2023

REGNO..: 76240-054 NAME: MURPHY, DERICK


DATE COMPUTATION BEGAN.........: 05-20-2019
AGGREGATED SENTENCE PROCEDURE..: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT...........:    12 YEARS       3 MONTHS      5 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   12 YEARS       3 MONTHS      5 DAYS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 09-23-2018

JAIL CREDIT....................:    FROM DATE      THRU DATE
                                    11-27-2018     05-19-2019


TOTAL PRIOR CREDIT TIME........: 174
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED..: 580
TOTAL GCT EARNED...............: 134
STATUTORY RELEASE DATE PROJECTED: 07-31-2029
ELDERLY OFFENDER TWO THIRDS DATE: 01-31-2027
EXPIRATION FULL TERM DATE.......: 03-03-2031
TIME SERVED....................:     4 YEARS       5 MONTHS     21 DAYS
PERCENTAGE OF FULL TERM SERVED..: 36.4
PERCENT OF STATUTORY TERM SERVED: 41.8

PROJECTED SATISFACTION DATE....: 07-31-2029
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 7-18-19:COMP ENTERED, DIS GCT D/DMR. 7-21-20:DIS GCT D/DMR
                5-10-23 #21CR280, SENTD TO 100M(87CC 13CS) TO 18CR848, UNABLE
                TO COMPLY WITH CC SENTENCE, N/DMR.




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```



USM-PJ
SDNY

Derek Murphy/
USP Canaan
P.o. Box 300
Waymart, P.A 18472

7021 2720 0002 3753 3480

Hon Judge Alvin K Hellirstein
United States District Court
Southern district OF New York
US Courthouse 500 Pearl St
NY, NY